# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **OPTIV SECURITY INC.,** | ) |
|         **Plaintiff,** | ) |
| v. | ) Case No.: 2:22-cv-02408-EFM-KGG |
| **GUIDEPOINT SECURITY, LLC AND RYAN DAMMAR,** | ) |
|         **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Optiv Security Inc. ("Plaintiff") and Defendant Ryan Dammar ("Defendant Dammar") and GuidePoint Security, LLC ("GuidePoint") ("collectively "the Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's claims brought in this action, in their entirety and with prejudice, against Defendant Dammar and GuidePoint in the above matter, the Parties to bear their own costs.

Respectfully submitted,

POLSINELLI PC

By: */s/ Robert J. Hingula*
    ROBERT J. HINGULA (#22203)
    ISAAC T. CAVERLY (D. Kan. # 78968)
    900 W. 48th Place, Suite 900
    Kansas City, Missouri 64112
    (816) 753-1000
    Fax: (816) 753-1536
    rhingula@polsinelli.com
    icaverly@polsinelli.com

ATTORNEYS FOR PLAINTIFF

2

DLA PIPER, LLP

By: */s/ Maria A. Garrett*

    MARC D. KATZ (admitted *pro hac*)
    MARIA A. GARRETT (admitted *pro hac*)
    1900 N. Pearl Street, Suite 2200
    Dallas, TX  75201
    214-743-4500
    Fax:  214-743-4550
    Marc.katz@us.dlapiper.com
    Maria.garrett@us.dlapiper.com

    MICHAEL J. KUCKELMAN (#14587)
    JENNIFER H. SALVA (#28244)
    KUCKELMAN TORLINE KIRKLAND, INC.
    10740 Nall, Suite 250
    Overland Park, KS  66211
    913-948-8610
    Fax:  913-948-8611
    mkuckelman@ktk-law.com
    jsalva@ktk-law.com

ATTORNEYS FOR GUIDEPOINT SECURITY, LLC


GARDNER HAAS PLLC


By: */s/ Jeremy R. Wilson*
    MICHAEL S. GARDNER (*pro hac* admission)
    JEREMY R. WILSON (*pro hac* admission)
    2501 N. Harwood Street, Suite 1250
    Dallas, TX  75201
    214-712-8280
    Fax:  214-712-8259
    mg@gardnerhaas.com
    jw@gardnerhaas.com

ATTORNEYS FOR DEFENDANT RYAN DAMMAR

2

88925194.1

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) United States Mail, postage prepaid; ( XX ) ECF Notification System; and/or (____) E-mail this 6th day of April, 2023, to:

Michael J. Kuckelman, Esq.
Jennifer H. Salva, Esq.
Kuckelman Torline Kirkland, Inc.
10740 Nall, Suite 250
Overland Park, KS  66211
913-948-8610
Fax:  913-948-8611
mkuckelman@ktk-law.com
jsalva@ktk-law.com

Marc D. Katz, Esq. (admitted *pro hac*)
Maria A. Garrett, Esq. (admitted *pro hac*)
DLA Piper, LLP
1900 N. Pearl Street, Suite 2200
Dallas, TX  75201
214-743-4500
Fax:  214-743-4550
Marc.katz@us.dlapiper.com
Maria.garrett@us.dlapiper.com

ATTORNEYS FOR DEFENDANT GUIDEPOINT SECURITY, LLC

Michael S. Gardner, Esq. (*pro hac* admission)
Jeremy R. Wilson, Esq. (*pro hac* admission)
Gardner Haas PLLC
2501 N. Harwood Street, Suite 1250
Dallas, TX  75201
214-712-8280
Fax:  214-712-8259
mg@gardnerhaas.com
jw@gardnerhaas.com

ATTORNEYS FOR DEFENDANT RYAN DAMMAR

        /s/ *Robert J. Hingula*

88925194.1